In the Matter of JAZMINE WEISMAN et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted May 14, 2012; decided June 26, 2012

Motion for a stay dismissed as academic.